**IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT**
**WILLIAMSON COUNTY, ILLINOIS**

RICHARD GUYE and VICKI GUYE, )
Plaintiffs, )
vs. ) Case No. 2016-CH-138
MURRAY ENERGY CORPORATION and THE AMERICAN COAL COMPANY, )
Defendants. )

FILED
NOV 07 2016
CLERK OF THE CIRCUIT COURT

**VERIFIED COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF**

NOW COME the Plaintiffs, RICHARD GUYE and VICKI GUYE, by and through their attorneys the Lawler Brown Law Firm, and for their Verified Complaint for Injunctive and Other Relief against the Defendants, MURRAY ENERGY CORPORATION and THE AMERICAN COAL COMPANY, state and allege as follows:

**JURISDICTION AND VENUE**

1. This court has jurisdiction pursuant to 735 ILCS 5/11-101 *et seq*.

2. Venue is appropriate in this Court because Defendants own real property that is the subject of this action located in Williamson County, Illinois, and the events or actions giving rise to this Complaint occurred in Williamson County, Illinois.

**PARTIES**

3. Plaintiffs Richard Guye and Vicki Guye are residents of Williamson County, Illinois, residing at 16942 Madrid Road, Thompsonville, Illinois. They are husband and wife and own the property where they reside.

EXHIBIT A

4. Defendant Murray Energy Corporation, is a privately held corporation registered in the state of Ohio that owns coal rights that compose the New Future Mine in Saline County, Illinois.

5. Defendant The American Coal Company is a corporation incorporated in the state of Delaware registered to do business in the State of Illinois that operates the New Future mine in Saline County, Illinois.

**GENERAL ALLEGATIONS**

8. In or around 2004, Plaintiffs purchased and ever since have owned and possessed certain real estate and premises in Williamson County, Illinois, described as follows: commonly known as 16942 Madrid Road, Thompsonville, Illinois. The property consists of a 1725 square foot, 3-bedroom home and approximately 18 acres.

9. Defendants, Murray Energy Corporation and The American Coal Company, are engaged in the business of mining and processing coal, particularly at a certain underground mine and mining premises owned by Defendant, Murray Energy Corporation, known as the New Future Mine, located about 1300 feet in an easterly direction from Plaintiffs' premises.

10. More than five years prior to the filing of this Complaint, Defendants established on its mining premises, and have ever since maintained a series of intake/exhaust air shafts.

11. Additionally, at these air intake/exhaust shafts, Defendants have installed electric fans to provide oxygen to the mine below.

12. Since the installation and operation of the fans, which run intermittently throughout all hours of the day and night, Defendants have caused or permitted the fans to continue to run and emit into the atmosphere large quantities of noise and vibrations which are emitted into open air,

with virtually no obstruction or sound muffling devices, which ultimately reaches the Plaintiffs' property.

13. As a result of the nearly continuous operation of the air shaft intake/exhaust fans, Plaintiffs have sustained and continue to sustain substantial damage in that noise emitted and conveyed permeates the air in and about their premises.

14. These noises contaminate the entire property known as home to the Plaintiffs and their family, seep into their dwelling and make outdoor activities once enjoyed nearly unbearable.

15. Plaintiffs and their family are compelled to endure, as best they can, the nearly constant noise day and night alike.

16. All of these conditions render Plaintiffs' premises unfit for occupation as a residence, unsuitable for raising farm and garden products, or enjoying an outdoor lifestyle, which is what led them to buy the subject property.

**COUNT I**
**PRIVATE NUISANCE**

17. Plaintiffs repeat and reallege paragraphs 1-16 as if fully pled herein as and for paragraph 17 of this Count I.

18. Under Illinois law, Defendants' actions constitute a substantial invasion of Plaintiffs' interest in the use and enjoyment of their above described property.

19. That Defendants know or should know that an invasion of another's interest in the use or enjoyment of his or her land is resulting or is substantially certain to result from the installation and continued operation of the fans, thus the invasion is intentional.

20. Plaintiffs are normal persons of ordinary habits and sensibilities that enjoy the outdoors, moving to a rural area long before the fans were operating to enjoy the peaceful nature of the area.

21. That the noise resulting from Defendants' operation of the air shaft intake/exhaust fans is unreasonable. In support of this contention Plaintiffs further allege that:

(a) Plaintiffs were located on their property before the Defendants installed and began operating the air shaft intake/exhaust fans.

(b) Defendants have failed to take any reasonable measures to abate the noise resulting from the operation of the air shaft intake/exhaust fans.

(c) There is no practical way to modify the Defendants' air shaft intake/exhaust fans to entirely stop or prevent the noise from reaching Plaintiffs' property.

(d) Defendants' mine blower fans are in a populated area and thus are not in a suitable location for the operation of the type of air shaft intake/exhaust fans employed by Defendants.

22. As Plaintiffs have been informed, believe and allege, Defendants intend to, and unless otherwise ordered by this court will continue to cause or permit the fans to continue to cause continuous piercing noise and other substances to be emitted and conveyed onto Plaintiffs' premises.

23. Plaintiffs have lost the use and enjoyment of their property in that they:

(a) No longer utilize outdoor space for nearly any recreational purpose.

(b) No longer desire to open windows on their home.

(c) Are no longer able to talk or hear others speak at normal levels while outdoors.

(d) No longer utilize outdoor living spaces, i.e. patio, sunroom, gazebo, pergola, etc.

24. Plaintiffs have suffered other damages as a result of the nuisance including, but not limited to one or more of the following:

(a) Loss of sleep;

(b) Loss of communication;

(c) Anxiety;

(d) Stress;

(e) Annoyance;

(f) Discomfort; and/or

(g) Anguish.

25. Unless the continued operation of the air shaft intake/exhaust fans are enjoined by this court, Plaintiffs will suffer substantial and irreparable damage, for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs respectfully request this Court grant them relief as follows:

(a) Enter a decree temporarily and thereafter permanently enjoining Defendants, Murray Energy Corporation and The American Coal Company, their officers, agents, assigns, members, servants, employers and successors from operating specified air shaft intake/exhaust fans;

(b) Plaintiffs recover judgment against Defendants in an amount in excess of $50,000.00;

(c) Such other and further relief that this Court deems just and equitable; and

(d) Plaintiffs' costs of this action.

**PLAINTIFFS DEMAND TRIAL BY A JURY OF SIX (6) PERSONS**

LAWLER BROWN LAW FIRM

BY:______________________________
Joshua D. Shirley
Attorney for Plaintiffs

LAWLER BROWN LAW FIRM
Adam B. Lawler #6283341
David W. Lawler #6303793
Nick Brown #6302494
Joshua Shirley #6317486
1600 W. Main St/P.O. Box 1148
Marion, IL 62959
Telephone: (618) 993-2222
Facsimile: (618) 731-4141

RICHARD GUYE

**VERIFICATION**

I, RICHARD GUYE, being first duly sworn on oath, depose and state that I am a **Plaintiff** in the above referenced cause of action, that I have read the foregoing document, know the contents thereof, and state that the same are true to the best of my knowledge, information, and belief.

RICHARD GUYE

Subscribed and sworn to before me Sept 30, 2016

Notary Public

OFFICIAL SEAL
MONICA D. ROSS
Notary Public, State of Illinois
My Commission Expires 05-24-2017

LAWLER BROWN LAW FIRM
Adam B. Lawler #6283341
David W. Lawler #6303793
Nick Brown #6302494
Joshua Shirley #6317486
1600 W. Main St/P.O. Box 1148
Marion, IL 62959
Telephone: (618) 993-2222
Facsimile: (618) 731-4141

VICKI GUYE

**VERIFICATION**

I, VICKI GUYE, being first duly sworn on oath, depose and state that I am a **Plaintiff** in the above referenced cause of action, that I have read the foregoing document, know the contents thereof, and state that the same are true to the best of my knowledge, information, and belief.

VICKI GUYE

Subscribed and sworn to before me Sept. 29, 2016.

Notary Public

OFFICIAL SEAL
BOBBIE JO DECKER
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Mar 14, 2020

LAWLER BROWN LAW FIRM
Adam B. Lawler #6283341
David W. Lawler #6303793
Nick Brown #6302494
Joshua Shirley #6317486
1600 W. Main St/P.O. Box 1148
Marion, IL 62959
Telephone: (618) 993-2222
Facsimile: (618) 731-4141